# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Gilmore                                           Cr.: 02-751-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 6/23/04

Original Offense: Conspiracy to Sell a Firearm Without License.

Original Sentence: 35 months imprisonement with three years of supervised release to follow.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 9/13/05

Assistant U.S. Attorney: Nancy Hoppack                     Defense Attorney: Maria Del Gaizo Noto

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report to the probation office on 11/1/05, 11/15/05, 11/22/05, 12/6/05, 12/8/05 and 12/13/05. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>a) The offender has reverted to drug abuse as evidenced by drug tests results and self admission to heroin use on 9/27/05, 10/25/05 and 12/20/05.<br><br>b) The offender has failed to keep outpatient drug treatment appointments at the Jersey City Medical Center Substance Abuse Program on 11/8/05, 11/15/05, 11/22/05, and thereafter.<br><br>c) On December 26, 2005, the offender was admitted to the Jersey City Medical Center Hospital for the purpose of a 4 day heroin detoxification program. He was thereafter scheduled for inpatient drug treatment at Integrity Inc, Secaucus, NJ. Within hours of admission to the detox program, Gilmore walked out of the detox facility without authorization to do so. He also failed to keep his inpatient admission appointment at Integrity Inc. on December 29, 2005. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas

Senior U.S. Probation Officer
Date: 1/5/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing
[ ] No Action
[ ] Other

Signature of Judicial Officer

7 March 2006
Date