PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Gilmore                                           Cr.: 02-751-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 6/23/04

Original Offense: Conspiracy to Sell a Firearm Without License.

Original Sentence: 35 months imprisonment with three years of supervised release to follow.

Type of Supervision: 3 Years Supervised Release          Date Supervision Commenced: 9/13/05

Assistant U.S. Attorney: Nancy Hoppack                          Defense Attorney: Lisa Mack

## PETITIONING THE COURT

[ x ] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report to the probation office on January 23, 2007, February 6, 2007, February 20, 2007 and thereafter. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>a) The offender has reverted to drug abuse as evidenced by a self admission to heroin use on January 3, 2007.<br><br>b) The offender has failed to keep outpatient drug treatment appointments at Integrity Inc. on January 22, 2007, January 29, 2007, February 5, 2007 and thereafter. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas

Senior U.S. Probation Officer
Date: April 13, 2007.

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date 3/May 2007