PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Vernon Gilmore  **Docket Number:** 02-00751-001
 **PACTS Number:** 9368

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 06/13/2004

**Original Offense:** Conspiracy to Sell a Firearm without a License.
**Original Sentence:** 35 month imprisonment; three years supervised release.
**Date Supervision Commenced:** 09/13/05

**VOP Sentence:** 06/18/07-12 months imprisonment; one year supervised release.
**Date Supervision Commenced:** 03/07/08

**Type of Supervision:** Supervised Release

**Assistant U.S. Attorney:** Nancy Hoppack, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lisa Mack, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'  On October 21, 2008, the offender was discharged from the Integrity Residential Drug Treatment Program in Secaucus, New Jersey. He has failed to report or make any contact with the probation office since his discharge from treatment. |
| 2. | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'  On October 28, 2008, the offender's sister informed the probation officer that the supervised releasee was visiting family in the state of Georgia. The offender traveled outside the judicial district without the permission of the U.S. Probation Office. |

PROB 12C - Page 2
Vernon Gilmore

3.  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    On April 23, 2008, the offender was admitted into the Integrity Residential Drug Treatment Program in Secaucus, New Jersey. On October 21, 2008, he was successfully discharged from the program with instructions to report directly to Integrity's Aftercare Program in Newark, New Jersey for a scheduled orientation program. The offender failed to keep that appointment, and has not made contact with the drug program or probation office to date.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer

Date: 11/7/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date